RECEIVED
JAN - 7 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ALONSO GARCIA (#77272-279)     DOCKET NO. 14-CV-2980; SEC. P
    a.k.a. ALONSO GARCIA, JR.

VERSUS     JUDGE TRIMBLE

WARDEN     MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus be **DENIED and DISMISSED, with prejudice.**

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 7th day of January, 2015.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE